IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER CORTINAS,

    Petitioner,           No. CIV S-06-1390 DFL CMK P

    vs.

TOM CAREY, et al.,

    Respondents.        <u>ORDER</u>

                              /

Petitioner has requested an extension of time to file and serve objections to the January 22, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's February 8, 2007 request for an extension of time is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the January 22, 2007 findings and recommendations.

DATED: February 15, 2007.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE